UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ONIEL CLARKE, | CASE NO. 1:07 CV 1523 |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| ELLIOT RESNICK, | JUDGMENT ENTRY |
| Defendant. | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

FILED
AUG 18 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND